**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-2430**

---

YOLANDA W. STOKES,

                         Plaintiff - Appellant,

       versus

U.S. DEPARTMENT OF HOUSING & URBAN
DEVELOPMENT, t/a Petersburg Redevelopment and
Housing Authority; JULIAN MARSH, Executive
Director, Petersburg Redevelopment and Housing
Authority; NATHANIEL PRIDE, Board of
Commissioners of the Petersburg Redevelopment
and Housing Authority (Past and Present);
SHERYL FORD, Board of Commissioners of the
Petersburg Redevelopement and Housing
Authority (Past and Present); ANN MORGAN,
Board of Commissioners of the Petersburg
Redevelopment and Housing Authority (Past and
Present); BOARD OF COMMISSIONERS OF THE
PETERSBURG REDEVELOPMENT AND HOUSING
AUTHORITY,

                         Defendants - Appellees,

       and

NANCY WESOFF, former Executive Director,
Petersburg Redevelopment and Housing
Authority,

                         Defendant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CA-05-239-3)

———————————

Submitted: July 20, 2006     Decided: July 24, 2006

———————————

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Yolanda W. Stokes, Appellant Pro Se. Jonathan Holland Hambrick, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia; Lynn Forgrieve Jacob, WILLIAMS MULLEN, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yolanda W. Stokes appeals the district court's order granting summary judgment to Defendants in Stokes' employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Stokes v. HUD, No. CA-05-239-3 (E.D. Va. Dec. 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED